UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60231-CIV-SEITZ/O'SULLIVAN

EMILIO CABAN,

    Plaintiff,
v.

TBC RETAIL GROUP, INC., a Florida
corporation d/b/a TIRE KINGDOM,

    Defendant.
_____/

### ORDER APPROVING SETTLEMENT AGREEMENT AND RECOMMENDING THAT THE CASE BE DISMISSED WITH PREJUDICE

THIS MATTER came before the Court on a hearing concerning the parties' settlement.

THE COURT has heard from counsel and has considered the terms of the Settlement Agreement, the pertinent portions of the record, and is otherwise fully advised in the premises.

This case involves a claim for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, et seq ("FLSA").  In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions."  Lynn Food Stores v. United States, 679 F.2d 1350, 1352-53 (11th Cir. 1982).

In this case, the plaintiff has received full compensation for his overtime claim and liquidated damages. The Court has reviewed the terms of the Settlement Agreement including the amount to be received by the plaintiff and the attorney's fees and costs to be received by counsel and finds that the settlement reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes. Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' Settlement Agreement (including attorney's fees and costs)  is hereby **APPROVED**. It is further

**RECOMMENDED** that this case be **DISMISSED WITH PREJUDICE.**

DONE AND ORDERED, in Chambers, at Miami, Florida, this **19th** day of April, 2010.

	*[signature]*
	JOHN J. O'SULLIVAN
	UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Seitz
All Counsel of Record

Mailed by Chambers to:
Brian Maciak, Esq.
823 Donald Ross Road
Juno Beach, FL 33408